**STATE of Utah, Plaintiff and Petitioner,**

v.

**Stephen Laine WELLS, Defendant and Respondent.**

**No. 970034.**

Supreme Court of Utah.

June 13, 1997.

### ORDER

The writ of certiorari is granted. The Court of Appeals has asked this court to clarify the law in this area. This court has reviewed the decision of the Court of Appeals in *State v. Wells*, 928 P.2d 386 (Utah App. 1996). This court is of the unanimous view that the analysis of the motion to suppress is correct. Therefore, the Court of Appeals is affirmed.

/s/ <u>Michael D. Zimmerman</u>
Michael D. Zimmerman
Chief Justice
For the Court